**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| LUIS SANTIAGO VILLARREAL MENESES<br><br>*Petitioner*,<br><br>v.<br><br>WARDEN, Irwin County Detention Center; KRISTEN SULLIVAN, Acting Field Office Director, Atlanta Field Office; DAVID VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Department of Homeland Security; and TODD BLANCHE, Acting Attorney General of the United States.<br><br>*Respondents*. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 7:26-cv-219-WLS |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) and this Court's August 3, 2026, order, *see* Docket No. 4, Petitioner Luis Santiago Villarreal Meneses voluntarily dismisses this action after the Immigration Judge held a bond hearing on August 7, 2026, and Mr. Meneses was granted bond.

Dated this 12th day of August, 2026.

Respectfully submitted,

/s/ Cory Isaacson
Cory Isaacson
Ga. Bar No. 983797
**American Civil Liberties Union Foundation of Georgia**
P.O. Box 570738,
Atlanta, GA 30357
cisaacson@acluga.org
(770) 415-5490

Corina Scott*
NC Bar No. 64573
**American Civil Liberties Union of North Carolina Legal Foundation**
P.O. Box 28004
Raleigh, NC 27611
cscott@acluofnc.org
(919) 627-3309
* admitted pro hac vice

**COUNSEL FOR PETITIONER**

SO ORDERED this 13th day of August 2026.

W. Louis Sands

W. Louis Sands, Sr. Judge
United States District Court