IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LUIS SANTIAGO VILLAREAL MENESES, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-CV-00219-WLS-CHW |
| | * | |
| WARDEN IRWIN COUNTY DETENTION CENTER, et al, | * | |
| Respondents. | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of August, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk